845 A.2d 199

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Walter CEO, Respondent.**

Supreme Court of Pennsylvania.

Feb. 24, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of February 2004, we **GRANT** the Petition for Allowance of Appeal. It is further ordered that we **REVERSE** the Order of the Superior Court. *See Commonwealth v. Robinson,* 837 A.2d 1157, 2003 WL 22410210 (Pa. October 22, 2003).